...
Restart

NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALEXIS TORRES, | |
| Plaintiff, | Civ. No. 08-5890 (PGS) |
| v. | **OPINION AND ORDER** |
| TOWNSHIP OF NORTH BERGEN ET AL., | |
| Defendants. | |

**BROWN, Chief District Judge**

    This matter comes before the Court upon the motion of Defendants the Township of North Bergen ET AL. ("Defendants") to transfer this case to the Newark Vicinage.  [Docket # 27]  Plaintiff Alexis Torres ("Torres") has not opposed Defendants' motion.  This Court decides the matter pursuant to Local Civil Rule 40.1(e), which establishes that the "reallocation or reassignment of any case, shall be upon the order of the Chief Judge."

    The present case has been assigned to United States District Judge Peter G. Sheridan since its inception.  [# 2]  Judge Sheridan is formally assigned to the Newark Vicinage, but at present physically sits in the Trenton Vicinage.  In support of their motion, Defendants argue that this case should be reassigned to a District Judge that physically sits in the Newark Vicinage for the convenience of the parties, some of whom apparently reside in northern New Jersey.  (Defs.' Mot. Br.) [# 27]  Having considered Defendants' submissions without oral argument pursuant to Federal Rule of Civil Procedure 78, the Court concludes in its discretion that this case should not be reassigned.  The geographic differential between Newark and Trenton is not great, and does

not compel the reassignment of this case.  As such;

      IT IS THIS 4th day of August, 2009, hereby

      ORDERED that Defendants' motion to transfer vicinage is DENIED. [# 27]

                                            /s/ Garrett E. Brown, Jr.
                                    GARRETT E. BROWN, JR., U.S.D.J.