UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXIS TORRES,<br><br>    Plaintiff,<br><br>vs.<br><br>TOWNSHIP OF NORTH BERGEN, et al.,<br><br>    Defendants. | Civil Action No.: 08-5890 (PGS)<br><br>**ORDER** |

This matter having been brought before the Court by defendants Peter Harvey and the Office of the Attorney General (collectively, the "State Defendants") pursuant to a motion for judgment on the pleadings; and defendants Township of North Bergen and Robert Farley (collectively, the "North Bergen Defendants") pursuant to a motion to for judgment on the pleadings; and the Court having considered the submissions of the parties; and for good cause having been shown;

It is on this 5th day January 2010 ORDERED as follows:

1. The State Defendants' and the North Bergen Defendants' motions for judgment on the pleadings are granted.

2. Plaintiff's complaint is dismissed with prejudice.

3. Plaintiff's request for leave to amend his complaint is denied.

_____
PETER G. SHERIDAN, U.S.D.J.